# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

### GALLIT FISCHMAN

*Plaintiff*

v.

Civil Action No.:
**1:26−CV−11504−WGY**

### BOSTON CHILDREN HOSPITAL

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: The Children's Hospital Corporation
c/o Michele Garvin, Esq., Secretary
300 Longwood Avenue
Boston, MA 02115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

 **/s/ − Matthew Paine**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026−04−23 10:00:55**, Clerk USDC DMA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:26-cv-11504-WGY**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **The Children's Hospital Corporation d/b/a Boston Children's Hospital**
was received by me on  **5/14/2026:**

☐   I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Benjamin Hoerner**, who is designated by law to accept service of process on behalf of **The Children's Hospital Corporation d/b/a Boston Children's Hospital** at **401 Park Drive, Landmark 6 WEST, Boston, MA 02215** on **05/20/2026 at 12:07 PM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  05/20/2026

_____
*Server's signature*

**Michael Palermo**
*Printed name and title*

**192 East St
Ste:197
Ludlow, MA 01056**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Benjamin Hoerner who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**




Tracking #: **0224213917**