UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GALLIT FISCHMAN, )<br><br>Plaintiff )<br><br>v. )<br><br>BOSTON CHILDREN'S HOSPITAL, )<br><br>Defendant ) | DOCKET NO: 1:26-cv-11504 |

## DEFENDANT'S ASSENTED TO MOTION TO ENLARGE TIME FOR FILING RESPONSE TO COMPLAINT

Defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital ("BCH") respectfully moves that this Honorable Court allow its motion and enter an Order briefly enlarging the time to June 29, 2026 by which BCH must file a response to the Complaint in the above captioned matter.  As grounds therefore, BCH states as follows:

1.      On May 21, 2026, Plaintiff filed a Return of Service of the Complaint on BCH. BCH's deadline for responding to the Complaint is June 10, 2026.[1]

2.      Plaintiff's 24-page Complaint includes detailed allegations regarding an immunosuppressant drug, everolimus, and medical treatment rendered to the decedent, Dov Fischman at the University of Texas Southwestern Medical Center following a heart transplant. Complaint, Docket Paper #1.  Plaintiff's Complaint further alleges that BCH assumed "primary regulatory oversight" of a "multi-state pediatric transplant study involving everolimus."  Id. at ¶

---

[1]      Shortly before the Complaint was served, BCH's Office of General Counsel had moved locations, slightly delaying its receipt to the Summons and Complaint and assignment of counsel.

14.  Plaintiff alleges that the decedent was not enrolled in BCH's trial, was not a patient of BCH, and had no other relationship with BCH.  Id. at §§ 3, 14.

3.      BCH seeks a 20-day extension of time to investigate and respond to Plaintiff's complex allegations.

4.      On June 8, 2026, Plaintiff assented to the requested extension of time for BCH to respond to the Complaint.

5.      BCH preserves any and all defenses existing as of the time its response is filed.

6.      No party will be prejudiced by allowance of this Motion.

Defendant,
The Children's Hospital Corporation
d/b/a Boston Children's Hospital,
By its attorneys,


_Robert R. Hamel, Jr._____

Robert R. Hamel, Jr. BBO: #567194
rhamel@hmdrslaw.com
Patti Holloran Murphy, BBO: #564470
pmurphy@hmdrslaw.com
Hamel, Marcin, Dunn Reardon & Shea, PC
350 Lincoln Street, Suite 1101
Hingham, MA 02043
(617) 482-0007

Dated: June 8, 2026

## CERTIFICATE OF SERVICE

I, Robert R. Hamel, Jr., counsel for defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital hereby certify that this document was filed through the ECG system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by email to the following:

Gallit Fischman
10114 Deermont Trail
Dallas, TX 75243
(214) 893-6720
gallitfischman@yahoo.com
*Pro se Plaintiff*

_Robert R. Hamel, Jr._____

Robert R. Hamel, Jr. BBO: #567194

Dated: June 8, 2026