UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GALLIT FISCHMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | DOCKET NO: 1:26-cv-11504 |
| | ) | |
| BOSTON CHILDREN'S HOSPITAL, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### DEFENDANT'S MOTION TO DISMISS COMPLAINT

Defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital ("BCH") respectfully moves pursuant to Fed. R. Civ. P. 12 that this Honorable Court _allow_ its motion and enter an Order _dismissing_ Plaintiff's negligence and wrongful death claims on the grounds that:

(1) Plaintiff's decedent was not a patient of and received no medical care at BCH;

(2) the decedent was not enrolled in any BCH clinical study;

(3) the decedent had no relationship whatsoever with BCH; and

(4) BCH made no representations, directly or indirectly, to the decedent or his healthcare providers regarding his care.

As further grounds therefore, BCH relies upon its Memorandum in Support of Defendant's Motion to Dismiss Complaint which is incorporated as if fully set forth herein.

WHEREOFRE, Defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital respectfully moves pursuant to Fed. R. Civ. P. 12 that this Honorable Court _allow_ its motion and enter an Order _dismissing_ Plaintiff's Complaint in its entirety.

**REQUET FOR ORAL ARGUMENT**

Pursuant to Fed. R. Civ. P. 12 and Local Rule 7.1, the Defendant respectfully requests that the Court hold oral argument on the present Motion as it believes that oral argument will assist the Court in deciding this Motion.

<div style="margin-left: 50%;">

Respectfully submitted,
Defendant,
The Children's Hospital Corporation
d/b/a Boston Children's Hospital,
By its attorneys,


_Patti Holloran Murphy_____
Robert R. Hamel, Jr. BBO: #567194
rhamel@hmdrslaw.com
Patti Holloran Murphy, BBO: #564470
pmurphy@hmdrslaw.com
Hamel, Marcin, Dunn Reardon & Shea, PC
350 Lincoln Street, Suite 1101
Hingham, MA 02043
(617) 482-0007

</div>

**CERTIFICATE OF SERVICE**

I, Patti Holloran Murphy, counsel for defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital hereby certify that this document was filed through the ECG system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by email to the following:

Gallit Fischman
10114 Deermont Trail
Dallas, TX 75243
(214) 893-6720
gallitfischman@yahoo.com
*Pro se Plaintiff*

<div style="margin-left: 50%;">

_Patti Holloran Murphy_____
Patti Holloran Murphy
BBO: #564470

</div>

Dated: June 29, 2026

2