UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GALLIT FISCHMAN,<br>Plaintiff<br><br>v.<br><br>BOSTON CHILDREN'S HOSPITAL,<br>Defendant | DOCKET NO: 1:26-cv-11504 |

**REQUEST FOR HEARING**

Defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital, a non-profit corporation, respectfully requests pursuant to Fed. R. Civ. P. 12, that this Honorable Court hold a hearing on Defendants' Motion to Dismiss the Amended Complaint (Docket Entry 18) as Defendant believes a hearing will assist the Court in deciding this matter.

Defendant,
The Children's Hospital Corporation
d/b/a Boston Children's Hospital,
By its attorneys,

_Patti Holloran Murphy_

Robert R. Hamel, Jr. BBO: #567194
rhamel@hmdrslaw.com
Patti Holloran Murphy, BBO: #564470
pmurphy@hmdrslaw.com
Hamel, Marcin, Dunn Reardon & Shea, PC
350 Lincoln Street, Suite 1101
Hingham, MA 02043
(617) 482-0007

Dated: September 3, 2026

**CERTIFICATE OF SERVICE**

I, Patti Holloran Murphy, counsel for defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital hereby certify that this document was filed through the ECG system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by email to the following:

Gallit Fischman
10114 Deermont Trail
Dallas, TX 75243
(214) 893-6720
gallitfischman@yahoo.com
*Pro se Plaintiff*

__*Patti Holloran Murphy*_________
Patti Holloran Murphy, Esq.
BBO: #564470

Dated: September 3, 2026