IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GALLIT FISCHMAN, Individually, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-11504 |
| | § | |
| BOSTON CHILDREN'S HOSPITAL, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S REQUEST FOR EXPEDITED DETERMINATION OF DEFENDANT'S MOTION TO DISMISS WITHOUT ORAL ARGUMENT**

Plaintiff Gallit Fischman, proceeding pro se, respectfully requests that the Court determine Defendant's fully briefed Motion to Dismiss without awaiting the presently scheduled oral argument.

The Motion to Dismiss is fully briefed. Defendant filed its Reply, and Plaintiff filed the supplemental briefing authorized by the Court. The issues presented for determination are therefore before the Court on a completed written record.

Defendant previously sought relief concerning oral argument through a separately filed Request for Hearing rather than through separate motion practice. The Court considered and granted Defendant's Request as filed. Plaintiff therefore proceeds in the same manner.

The presently scheduled oral argument postpones determination of the Motion for approximately two months. Local Rule 7.1(a)(3) provides that "[t]he court shall rule on motions

as soon as practicable." Federal Rule of Civil Procedure 78(b) expressly permits the Court to determine motions on the briefs without oral hearings in order to expedite its business. The First Circuit has also recognized that district courts have "considerable discretion in deciding whether or not to allow oral argument on a dispositive motion." *Jones v. Secord*, 684 F.3d 1 (1st Cir. 2012).

Plaintiff respectfully requests that the Court exercise that discretion and determine the pending Motion to Dismiss on the completed written record without awaiting oral argument.

Date: September 4, 2026

Respectfully submitted,

/s/ Gallit Fischman

**GALLIT FISCHMAN, Pro Se**

10114 Deermont Trail
Dallas, TX 75243
(214) 893-6720
gallitfischman@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record through the Court's CM/ECF system, or by other means authorized by the Federal Rules of Civil Procedure, on September 4, 2026.

/s/ Gallit Fischman

**GALLIT FISCHMAN, Pro Se**