UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GALLIT FISCHMAN,

Plaintiff

v.

BOSTON CHILDREN'S HOSPITAL,

Defendant

DOCKET NO: 1:26-cv-11504

**DEFENDANT'S LIMITED OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED DECISION BEFORE HEARING ON DEFENDANT'S MOTION TO DISMISS**

Defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital ("BCH") respectfully opposes Plaintiff, Gallit Fischman ("Fischman)'s Request for Expedited Determination of BCH's motion to dismiss without oral argument and to proceed with discovery, and requests that this Honorable Court enter an Order denying the same. As grounds therefore, BCH states as follows:

1. BCH requested that the Court hold oral argument on its motion to dismiss the amended complaint. Docket Entry 29.

2. The Court scheduled oral argument on BCH's motion for October 29, 2026. Docket Entry 31.

3. Fischman filed a "request" for a decision on BCH's motion to dismiss before the hearing date.[1] Docket Entries 32, 33.

[1] Since the Court already allowed BCH's request and scheduled oral argument, Plaintiff's "request" is a motion for reconsideration, which Plaintiff filed without conferring with BCH counsel. Plaintiff cites no error in the Court's decision to hold a hearing on BCH's motion.

4. The Court properly and reasonably scheduled BCH's motion to dismiss for hearing on October 29, 2026.[2] Docket Entry 31. Fed. R. Civ. P. 12(i) provides that if a party so moves, any defense listed in Rule 12(b)(1) – (7) whether made in a pleading or by motion, and a motion under Rule 12(c) must be heard and decided before trial. Pursuant to L.R. 7.1(d), a party may include a request for oral argument and the Court may set the motion for hearing at such time as the court determines. L.R. 7.1(e).

5. In addition, BCH objects to Fischmann's request that the parties proceed with a Rule 26 conference or discovery prior to a decision on BCH's motion to dismiss. See Docket Entry 32. Judicial economy mandates that BCH obtain a decision on its motion to dismiss this case, where it has no connection and owes no duty to Fischman or her decedent, before expending additional time and expense.

WHEREOFRE, Defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital respectfully <u>opposes</u> Plaintiff's request for expedited determination of BCH's motion to dismiss without oral argument and to proceed with a Rule 26 Conference or discovery, and requests

[2] Plaintiff correctly notes that BCH counsel did not confer with her on its request for hearing on its motion to dismiss as it was a request for hearing on the motion to dismiss, about which BCH did confer with Fischman.

that this Honorable Court enter an Order denying the same.

Defendant,
The Children's Hospital Corporation
d/b/a Boston Children's Hospital,
By its attorneys,

_/s/ *Patti Holloran Murphy*___________

Robert R. Hamel, Jr. BBO: #567194
rhamel@hmdrslaw.com
Patti Holloran Murphy, BBO: #564470
pmurphy@hmdrslaw.com
Hamel, Marcin, Dunn Reardon & Shea, PC
350 Lincoln Street, Suite 1101
Hingham, MA 02043
(617) 482-0007

Dated: September 8, 2026

**CERTIFICATE OF SERVICE**

I, Patti Holloran Murphy, counsel for defendant, The Children's Hospital Corporation d/b/a Boston Children's Hospital hereby certify that this document was filed through the ECG system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by email to the following:

Gallit Fischman
10114 Deermont Trail
Dallas, TX 75243
(214) 893-6720
gallitfischman@yahoo.com
*Pro se Plaintiff*

_*Patti Holloran Murphy*_____________
Patti Holloran Murphy, BBO: #564470

Dated: September 8, 2026