**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Gallit Fischman,
**Plaintiff**

V.

CIVIL ACTION
NO. 26cv11504-WGY

Boston Children's Hospital
**Defendant**

**ORDER OF DISMISSAL**
October 15, 2026

**YOUNG D.J.**,

In accordance with the Court's ORDER dated October 15, 2026, it is hereby ORDERED that this case is DISMISSED and CLOSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk